

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Carmareno Santoyo-Urena <br><br> Defendant. | Case No.: 2:16-MJ-00551 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____, for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.    ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _defendant submitting to detention and not providing information to Pretrial Services._

```
 1  _____
 2  _____
 3     and/or
 4  B.    ☒ The defendant has not met his/her burden of establishing by clear and
 5     convincing evidence that he/she is not likely to pose a danger to the safety of any
 6     other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
 7     finding is based on  defendant submitting to detention and
 8     not providing information to Pretrial Services.
 9  _____
10  _____
11  _____
12
13     IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: 3/16/2016                    /s/ A. MacKinnon
                                        ALEXANDER F. MACKINNON
17                                      UNITED STATES MAGISTRATE JUDGE
```